IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. CHARLES PODARAS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF MENLO PARK, et al.,<br><br>    Defendants.<br>_____/ | No. C 14-3152 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Re Motion for Leave to Proceed in Forma Pauperis. The time for objections has passed and none were filed. The Court finds the Report correct and adopts it. Accordingly,

IT IS HEREBY ORDERED that Plaintiff N. Charles Podaras' Application to Proceed in Forma Pauperis is DENIED without prejudice. Plaintiff must either pay the filing fee of $400.00 or file a subsequent ifp application that is completed in full, along with a declaration no later than September 18, 2014. Failure to pay the filing fee or file a subsequent ifp application by that date will result in dismissal of the above-entitled action without prejudice.

Dated: 8/22/2014

CLAUDIA WILKEN
United States District Judge

cc: MagRef; KAW