Kimberly M. Drake, SBN: 209090
Clifford Campbell, SBN: 60734
JARVIS, FAY, DOPORTO & GIBSON, LLP
492 Ninth Street, Suite 310
Oakland, CA 94607
Telephone: (510) 238-1400
Facsimile: (510) 238-1404
kdrake@jarvisfay.com
ccampbell@jarvisfay.com

Attorneys for Defendants
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN MATEO and
JORGE MELENDREZ

*Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. CHARLES PODARAS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF MENLO PARK, et al.,<br><br>　　　　　　Defendants. | CASE NO. CV-14-03152-SI<br><br>JOINT STIPULATION AMONG PLAINTIFF AND DEFENDANTS SUPERIOR COURT and MELENDREZ REGARDING STATUS OF THE PLEADINGS AND MUTUAL EXTENSIONS OF TIME TO RESPOND; [~~PROPOSED~~] ORDER<br><br>Action Filed: July 11, 2014 |

　　　　Pursuant to Local Civil Rule 7-12, Plaintiff N. Charles Podaras and Defendants the SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO ("Superior Court") and JORGE MELENDREZ ("Melendrez") hereby submit this joint stipulated request regarding the status of the pleadings in this matter and agreeing to a mutual extension of time for the Superior Court and Melendrez to file a responsive pleading to the First Amended Complaint and for Plaintiff to respond to any responsive pleading:

　　　　1.　　Plaintiff filed his original complaint in this action on July 11, 2014.

　　　　2.　　Defendants Superior Court and Melendrez were served with the complaint on November 5, 2014, and filed a motion to dismiss Plaintiff's complaint on November 26, 2014 (Docket No. 29).

3. The motion was scheduled to be heard by the Honorable Susan Illston on January 16, 2015 at 9:00 a.m. in Courtroom 10, 19th Floor.

4. On November 24, 2014, Plaintiff filed a First Amended Complaint for Damages and Demand for Jury Trial (Docket No. 28).

5. Pursuant to F.R.C.P. Rule 15, Plaintiff had an absolute right to amend his original complaint; and the effect of the First Amended Complaint is that it supersedes the original complaint once it was served on defendants Superior Court and Melendrez.

6. Therefore, the motion to dismiss filed by defendants Superior Court and Melendrez is moot, and the First Amended Complaint is the operative pleading as to the Superior Court and Melendrez, and Plaintiff need not file an opposition to the motion;

7. The parties have met and conferred, and Plaintiff agrees to an extension of time for defendants Superior Court and Melendrez to file a responsive pleading to the First Amended Complaint to January 14, 2015.

8. Furthermore, the parties have met and conferred, and defendants Superior Court and Melendrez agree to extend the time for Plaintiff to file a responsive pleading to any motion they might file by thirty (30) days, and, in addition, agree to extend time for Plaintiff to file a response to their motion to dismiss (Docket No. 29) if the Court refuses to grant this stipulation for any reason, to December 19, 2014.

9. Therefore, Plaintiff, Superior Court, and Melendrez stipulate and agree that the motion to dismiss (Docket No. 29), scheduled to be heard on January 16, 2015, is moot and should be removed from the Court's calendar; defendants Superior Court and Melendrez shall have until January 14, 2015 to file a responsive pleading to the First Amended Complaint (Docket No. 28); and that Plaintiff shall likewise have an extension of time of thirty (30) days to respond to any motion that defendants Superior Court and Melendrez may file and any motion that may be filed will be scheduled with this timing in mind. The parties believe that such a stipulation is in the interest of justice to avoid the need for multiple unnecessary filings, and allows time for additional parties named in the First Amended Complaint to be served by the Federal Marshal.

|   |   |
|---|---|
| 1 | JARVIS, FAY, DOPORTO & GIBSON, LLP |
| 3 | Dated: December 8, 2014     By: _/s/ Clifford Campbell_ |
|   | Clifford Campbell |
|   | Attorneys for Defendants SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO and JORGE MELENDEZ |

N. CHARLES PODARAS

Dated: December 09, 2014        By: _/s/ N. Charles Podaras_
N. Charles Podaras
In Pro Per

GOOD CAUSE APPEARING, AND PURSUANT TO STIPULATION, IT IS ORDERED:

The Court hereby GRANTS the stipulated request of the parties.

12/10/14                                _/s/ Susan Illston_
DATED                                   HON. SUSAN ILLSTON

```
The initial case management conference is continued to 4/3/15 at 2:30 p.m.
The joint case management conference statement shall be filed one week prior to the
conference.
```