IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N CHARLES PODARAS,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF MENLO PARK ET AL,<br><br>        Defendant.<br>_____/ | No. C 14-03152 SI<br><br>**ORDER** |

    IT IS ORDERED that Mr. Podaras' request for leave to e.file documents is granted.  The Court also waives the PACER fee.

    Instructions and forms for registering as an ECF User as required by Section IV (A) of General Order 45, as well as other information regarding the Court's ECF program including General Order 45 itself, may be found on the Court's Web site at **ecf.cand.uscourts.gov**

    **IT IS SO ORDERED.**

Dated: 12/12/14

SUSAN ILLSTON  
UNITED STATES DISTRICT JUDGE