IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

N CHARLES PODARAS

    Plaintiff(s),
    (Petitioner)

v.

CITY OF MENLO PARK ET AL.

    Defendant(s).
    (Respondent)

No. CV 14-03152 SI

**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS**

( )    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED. Issuance of summons and service will be determined separately.

(X)    The amended complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $400.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED and the plaintiff is further ordered that:

    ( ) Filing fee waived in part: partial payment of $_____ due on _____, remaining balance to be waived.

    ( ) Partial payment of $_____ due on _____, remaining balance due and payable on _____.

    ( ) Partial payment of $_____ due on _____, remaining balance due in installments as follows: _____.

Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: 1/16/11

_____
UNITED STATES DISTRICT JUDGE

(Not to be used in PRISONER OR HABEAS CORPUS cases) NDC CSA-7 (rev. 4/22/2014)