UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

N. CHARLES PODARAS,

        Plaintiff,

      v.

CITY OF MENLO PARK, *et al*.,

        Defendants.

Case No.  14-cv-03152-SI

**ORDER REGARDING SERVICE OF AMENDED COMPLAINT**

Re: Dkt. No. 14

    The Court previously granted plaintiff's application to proceed *in forma pauperis*, and the U.S. Marshal served the complaint on the defendants named in the original complaint.  Plaintiff has since filed an amended complaint naming additional defendants.  Dkt. 28.  The Court hereby directs the U.S. Marshal to serve the amended complaint on the newly named defendants.

    **IT IS SO ORDERED**.

Dated: January 15, 2015

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California