UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. CHARLES PODARAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MENLO PARK, *et al*.,<br><br>    Defendants. | Case No. 14-cv-03152-SI<br><br>**ORDER RE: BRIEFING SCHEDULE AND HEARING ON ALL PENDING MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 79, 103 |

Numerous defendants have filed motions to dismiss the complaint, and those motions are currently scheduled for a hearing on April 2, 2015. The motions were filed at different times, and during the course of briefing the parties (sometimes jointly, sometimes just plaintiff) have requested and received various extensions of briefing deadlines.

Most recently, plaintiff has requested another extension of time and a continuance of the April 2, 2015 hearing date in order to allow for service of the complaint on several as-yet unserved defendants. Dkt. 103. Plaintiff's motion for continuance states that under the current schedule, plaintiff's oppositions to the pending motions are due March 23, 2015 and defendants' replies are due March 30, 2015.[1]

The current briefing schedule does not permit the Court sufficient time between the close of briefing and the April 2, 2015 hearing date. **For that reason, the Court will continue the hearing on all pending motions to dismiss to April 24, 2015 at 9 AM. The Court will not change the current briefing schedule, and thus plaintiff's oppositions must be filed by March**

---

[1] The Court notes that based upon the parties' previous stipulations, it appears that the actual deadlines are March 20, 2015 for the filing of the oppositions and March 27, 2015 for the filing of the replies. *See* Dkt. 86, 87. In any event, the Court will adopt the March 23, 2015 and March 30, 2015 filing deadlines stated in plaintiff's most recent motion for a continuance.

**23, 2015, and defendants' replies are due March 30, 2015.** The Court finds that there is no reason to further delay the resolution of the pending motions, and in the event that the defendants who remain to be served are in fact served and file motions to dismiss the complaint, the Court will resolve those motions on a separate schedule.

**IT IS SO ORDERED.**

Dated: March 18, 2015

SUSAN ILLSTON
United States District Judge