UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. CHARLES PODARAS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MENLO PARK, *et al*.,<br><br>Defendants. | Case No. 14-cv-03152-SI<br><br>**ORDER RE: MARCH 24, 2015 LETTER FROM PLAINTIFF**<br><br>Re: Dkt. No. 108 |

The Court has received a letter from plaintiff dated March 24, 2015, regarding service of the first amended complaint on several as-yet unserved defendants. Dkt. 108. Plaintiff's letter provides addresses for these defendants, including multiple addresses for defendant Dennis Hatfield. The Court notes that defendant Hatfield has apparently been served with the first amended complaint as he has appeared in this case and has filed a motion to dismiss the first amended complaint. Dkt. 66. Accordingly, the U.S. Marshals will attempt service at the addresses provided by plaintiff, except that the U.S. Marshals need not serve defendant Hatfield.

**IT IS SO ORDERED.**

Dated: March 24, 2015

SUSAN ILLSTON
United States District Judge