UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. CHARLES PODARAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MENLO PARK, *et al.*,<br><br>    Defendants. | Case No. 14-cv-03152-SI<br><br>**JUDGMENT** |

The Court has dismissed the first amended complaint without leave to amend. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 30, 2015

_____
SUSAN ILLSTON
United States District Judge