UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. CHARLES PODARAS,<br><br>    Plaintiff,<br><br>        v.<br><br>CITY OF MENLO PARK, *et al.*,<br><br>    Defendants. | Case No. 14-cv-03152-SI<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS** |

The Ninth Circuit has requested this Court to determine whether *in forma pauperis* status should continue for Plaintiff on appeal in this action or whether the appeal is frivolous or not taken in good faith. *See* 28 U.S.C. § 1915(a)(3). The Court now certifies that the appeal is not taken in good faith and revokes *in forma pauperis* status for Plaintiff on appeal in this action.

**IT IS SO ORDERED.**

Dated: July 20, 2015

_____
SUSAN ILLSTON
United States District Judge